# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50965
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

May 30, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Javier Sanchez-Ventura,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-476-1

---

Before Higginbotham, Graves, and Ho, *Circuit Judges*.

Per Curiam:[*]

Javier Sanchez-Ventura appeals his sentence on his guilty plea conviction for illegal reentry into the United States in violation of 8 U.S.C. § 1326. Renewing an argument made before the district court, he challenges the district court's application of the enhanced penalty range in § 1326(b) as unconstitutional because it permits a defendant to be sentenced above the

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50965

statutory maximum of § 1326(a) based on the fact of a prior conviction that was not alleged in the indictment or found by a jury beyond a reasonable doubt.  He raises the issue to preserve it for further review and has filed an unopposed motion for summary disposition, correctly conceding that it is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998).  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).

Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Sanchez-Ventura's motion is GRANTED, and the district court's judgment is AFFIRMED.